■ DEBORAH D. KIRCHER et al., Respondents, v CITY OF JAMESTOWN, Appellant. DEBORAH D. KIRCHER et al., Respondents, v BRUCE CARLSON, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs. Memorandum: No appeal lies from the denial of a motion to reargue *(Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 989). (Appeal from order of Supreme Court, Chautauqua County, Cass, J.—dismiss complaint.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.